# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALMONTA MONTEZ MOORE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV616-164 |
| ) | CR615-001 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Movant, an inmate at Beckley Federal Corrections Institution in Beaver, West Virginia, has filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct his federal sentence. The Clerk is **DIRECTED** to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255. The Court directs respondent to respond within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED**, this 3rd day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA